# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

JAMES WILLIAM HUBEL

        **V.**        **CASE NUMBER: 1:06-CV-361(WKS)**

UNITED STATES TRUSTEE

**[ ]**      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[XX]**      **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of APPELLEE against APPELLANT affirming the Bankruptcy Court's order pursuant to the Opinion and Order of the Hon. William K. Sessions, III, dated October 12, 2007.

DATED:    October 15, 2007

*Lawrence K. Baerman*
Clerk of Court

LKB:lmp